*General Perlman* and *Robert S. Erdahl* for the United States.

No. 155. MASSACHUSETTS MUTUAL LIFE INSURANCE Co. *v.* SMITH. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACK took no part in the consideration or decision of this application. *Harlan Hobart Grooms* for petitioner. *James A. Simpson* for respondent.

No. 176. REINING *v.* UNITED STATES. C. A. 5th Cir. Motion for leave to amend the petition for writ of certiorari granted. Certiorari denied. *Alex W. Swords* and *Stanley Suydam* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 195. McCLENDON *v.* UTECHT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 5, Misc. TOTTEN *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 6, Misc. SAMMAN *v.* RAGEN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 8, Misc. CREBS *v.* HUDSPETH, WARDEN. Supreme Court of Kansas. Certiorari denied.

No. 9, Misc. BOLDEN *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 13, Misc. CANNADY *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.